UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HERMINIO BARRAGAN MENDOZA; FERNANDO BARRAGAN ZEPEDA; JOSE BARRAGAN ZEPEDA; ALEJANDRO CALDERON FRANCO; VERONICA PARDO MARTINEZ; LUIS ALVAREZ PONCE; EPIFANIO BARRAGAN ESTRADA; AMADOR HEREDIA MENDOZA; ROBERT BLANCHARD; ADRIAN PEREZ GARCIA; SALVADOR PARDO MARTINEZ; ULISES BARRAGAN MENDOZA; ROBERTO BARRAGAN MENDOZA; TAMMY JEROME; DENNIS STENGEL; FRANCISCO MANUEL RUIZ CHAVEZ; OMAR CARDOZO; MARTIN CHACON MARTINEZ; SAMANTHA MASON, <br><br> Defendants. | CASE NO. CR08-5125BHS <br><br> ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on the Government's Motion to File Overlength Brief in Response to Motion to Suppress Wiretap Evidence (Dkt. 258). The Government seeks leave of Court to file a 24-page response to Defendant Amador Heredia Mendoza's motion to suppress (Dkt. 250), which is joined by Defendant Martin Chacon Martinez (Dkt. 260). Local Rule CrR 12 limits responses to 12 pages absent leave

ORDER - 1

1 | of Court. Local Rule CrR 12(c)(6). The Court finds good cause for extending the page
2 | limit for the Government's response. Therefore, it is hereby

**ORDERED** that the Government's Motion to File Overlength Brief in Response to Motion to Suppress Wiretap Evidence (Dkt. 258) is **GRANTED**, and Defendants Amador Heredia Mendoza and Martin Chacon Martinez may file overlength reply briefs of no more than 12 pages on or before August 8, 2008.

DATED this 5th day of August, 2008.

BENJAMIN H. SETTLE
United States District Judge