UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HERMINIO BARRAGAN MENDOZA; FERNANDO BARRAGAN ZEPEDA; JOSE BARRAGAN ZEPEDA; ALEJANDRO CALDERON FRANCO; VERONICA PARDO MARTINEZ; LUIS ALVAREZ PONCE; EPIFANIO BARRAGAN ESTRADA; AMADOR HEREDIA MENDOZA; ROBERT BLANCHARD; ADRIAN PEREZ GARCIA; SALVADOR PARDO MARTINEZ; ULISES BARRAGAN MENDOZA; ROBERTO BARRAGAN MENDOZA; TAMMY JEROME; DENNIS STENGEL; FRANCISCO MANUEL RUIZ CHAVEZ; OMAR CARDOZO; MARTIN CHACON MARTINEZ; SAMANTHA MASON,<br><br>    Defendants. | CASE NO. CR08-5125BHS<br><br>ORDER GRANTING MOTION TO ORDER GOVERNMENT TO DISCLOSE REDACTED PORTIONS OF AFFIDAVITS IN SUPPORT OF WIRETAP |

This matter comes before the Court on the Motion to Order Government to Disclose Redacted Portions of Affidavits in Support of Wiretap (Dkt. 248). In response to the motion, the Government indicates that it will comply with the request for unredacted versions of affidavits offered in support of search warrants and urges the Court to deny the motion as moot. Dkt. 257. Because it is unclear whether the Government has complied with the request at this juncture, it is hereby

ORDER - 1

**ORDERED** that the Motion to Order Government to Disclose Redacted Portions of Affidavits in Support of Wiretap (Dkt. 248) is **GRANTED**, and the Government shall furnish unredacted versions of the affidavits forthwith.

DATED this 7th day of August, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2